# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LAS VEGAS REVIEW-JOURNAL,<br>Appellant,<br>vs.<br>STEVEN B. WOLFSON, CLARK<br>COUNTY DISTRICT ATTORNEY,<br>Respondent. | No. 73457 |

FILED

APR 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Michael Villani, District Judge
Ara H. Shirinian, Settlement Judge
McLetchie Shell LLC
Clark County District Attorney/Civil Division
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O)-1947

18-12458